FILED

2010 JUN -9 AM 11: 32

**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

June 1, 2010

Clerk - Bankruptcy Court
100 South Salina St. Suite 310
Syracuse, NY 13202

RE:    06-33684    Wagner

Dear Clerk:

RECEIVED JUN 09 2010 OFFICE OF THE BANKRUPTCY CLERK SYRACUSE NY

Enclosed please find check #792761 in the amount of $597.98. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.001

| | | |
|---|---|---|
| Acct# | Name | Dr. John Shaw |
| | Address | 2717 Bellevue Ave |
| | Address | Syracuse, NY 13219 |

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.

```
           UNITED STATES
         BANKRUPTCY COURT
       NORTHERN DISTRICT OF NEW YORK
            SYRACUSE DIVISION

          # 51000312 - JF

            June 09, 2010
             11:39:45


              TREA REG
              06-33684
Debtor.: GLEN E. WAGNER
Judge..: MARGARET CANGILOS-RUIZ
Trustee: Mark Swimelar
Amount.:              $597.98 CH
Check#.: 792761



Total->   $597.98


FROM: MARK W. SWIMELAR, TRUSTEE
      250 SOUTH CLINTON ST., 2ND FLR
      SYRACUSE, NY   13202
```

---

**Check #792761**

MARK W. SWIMELAR, TRUSTEE
CHAPTER 13
250 SOUTH CLINTON STREET, 2nd FLOOR
SYRACUSE, NY 13202
(315) 471-1499

In RE: GLEN & JANET WAGNER (DEBTOR'S NAME)

CLAIM NO. 001
CLASSIFICATION: 5S
Unsecured - Unsecured Nonpriority
INTEREST PORTION
BALANCE DUE AFTER THIS CHECK: .00

SUNTRUST BANK, FSB    64-79/611
MO. 05  DAY 12  YEAR 10
CASE NUMBER: 0633684
PAY THIS AMOUNT: $******597.98

Void 90 Days After

Five Hundred Ninety Seven Dollars And 98/100************

TO THE ORDER OF:
CLERK OF BANKRUPTCY COURT
100 SOUTH SALINA STREET SUITE 310
SYRACUSE, NY 13202

Mark W. Swimelar, TRUSTEE

⑈792761⑈ ⑆061100790⑆ 000005394608⑈